IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLENE COOK,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-cv-4958 |
| | : | |
| **ACME MARKETS, INC.,** | : | |
| Defendant. | : | |

**MCHUGH, J.**                                                                                              **JANUARY 26, 2015**

### ORDER

This 26th day of January, 2015, after reviewing the Defendant's Motion to Dismiss and Plaintiff's opposition, and all related submissions, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED** and the action will be **DISMISSED** with prejudice.


     /s/ Gerald Austin McHugh
United States District Court Judge

1